THE DALRYMPLE LAW FIRM, SBN 197839
RICHARD H. DALRYMPLE III
854 Manzanita Court, Suite 110
Chico, California  95926
Telephone:  (530) 892-0267
Facsimile:   (530) 892-0239

Attorneys for Plaintiff
TODD ALLEXY

JACKSON LEWIS LLP
MICHAEL J. CHRISTIAN, SBN 173727
SUSANNA L. MOULD, SBN 154270
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendant
APRIA HEALTHCARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TODD ALLEXY,<br><br>            Plaintiff,<br><br>    v.<br><br>APRIA HEALTHCARE, INC.,<br>and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No. 2:08-CV-00920-WBS-GGH<br><br>**STIPULATION FOR DISMISSAL AND ~~PROPOSED~~ ORDER**<br><br><br><br>Complaint Filed:  March 13, 2008<br>Trial Date:  None Set |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Plaintiff TODD ALLEXY and Defendant APRIA HEALTHCARE, INC. hereby request that this matter be dismissed with prejudice, in its entirety, with each party to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

IT IS SO STIPULATED:

THE DALRYMPLE LAW FIRM

Date: __7/14/08___          __/s/ Richard H. Dalrymple III_____
                            RICHARD H. DALRYMPLE III
                            Attorney for Plaintiff


JACKSON LEWIS LLP


Date: __7/14/08___          __/s/ Michael J. Christian_____
                            MICHAEL J. CHRISTIAN
                            Attorney for Defendant



**IT IS SO ORDERED:** This matter is dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

Date:   July 15, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE